**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**KA04-823 consolidated with KA04-822**

**STATE OF LOUISIANA**

**VERSUS**

**EUGENE H. MOORE**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF CAMERON, NO. 85939
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**BILLIE COLOMBARO WOODARD
JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Billie Colombaro Woodard, Marc T. Amy, and Billy Howard Ezell, Judges.

**CONVICTION AFFIRMED.  SENTENCE IMPOSED ON MARCH 30, 2004 VACATED AND SET ASIDE.  RESENTENCING ORDERED WITH INSTRUCTIONS.  MOTION TO WITHDRAW DENIED.**

Cecil R. Sanner
Cameron Parish District Attorney's Office
Post Office Box 280
Cameron, Louisiana 70631
(337) 775-5713
Counsel for: State/Appellee
State of Louisiana

Kenota Pulliam Johnson
Louisiana Appellate Project
Post Office Box 5781
Shreveport, Louisiana 71135
(318) 524-1024
Counsel for: Defendant/Appellant
Eugene H. Moore